UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEVEN HILLESTAD | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:17–CV–00341 |
| | § | |
| LLOG EXPLORATION COMPANY, LLC, ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On August 22, 2018, Defendants' Motion to Transfer Venue for Forum *Non Conveniens* ("Motion to Transfer Venue") was referred to United States Magistrate Judge Andrew M. Edison. On September 20, 2018, Judge Edison filed a Memorandum and Recommendation (Dkt. 31) recommending that that the Motion to Transfer Venue be denied.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Transfer Venue (Dkt. 22) is **DENIED.**

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 11th day of October, 2018.

                                                George C. Hanks Jr.
                                                United States District Judge