United States District Court
Southern District of Texas
**ENTERED**
May 28, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEVEN HILLESTAD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-341 |
| | § | |
| LLOG EXPLORATION COMPANY, | § | |
| L.L.C., *et al*, | § | |
| | § | |
| Defendants. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **June 28, 2019** that the settlement could not be completely documented.

All pending motions are hereby **DENIED as moot**.

SIGNED at Galveston, Texas, this 28th day of May, 2019.

*/s/ George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge

1 / 1